UNITED STATES BANRUPTCY COURT
SOUTHERN DISTRICT OF OHIO - WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 10-18497-JH |
| WILCOX JR, JOHN B | : | Chapter 7 |
| Debtor(s) | : | Judge Hopkins |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**

TO THE CLERK OF THE COURT:

     The attached check in the amount of $4.95 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Rumpke Consolidated Co.<br>10795 Hughes Road<br>Cincinnati, OH   45251 | 2 | 4.95 |

Dated: August 9, 2011　　　　　　　　　/s/ Thomas J. Geygan, Sr.
　　　　　　　　　　　　　　　　　　　THOMAS J. GEYGAN, SR., TRUSTEE

cc: U.S. Trustee